## 418 MEADOW STREET ASSOCIATES, LLC *v.* CLEAN AIR PARTNERS, LLC, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 123 Conn. App. 416 (AC 30719), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff lacked standing to bring this action, since one of its member's votes should not have been excluded pursuant to General Statutes § 34-187 (b) on the ground that she had 'an interest in the outcome of the suit that is adverse to the interest of the limited liability company?' "

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18699.

*William J. Kupinse, Jr.,* and *Andrew M. McPherson,* in support of the petition.

*Michael J. Leventhal,* in opposition.

Decided October 14, 2010